# EXHIBIT A

# Register of Actions

| Filed by Plaintiff/Petitioner | **Case Number:** 2026CV000033 | **Division:** W |
| Filed by Defendant/Respondent | **Case Type:** Other | **Judicial Officer:** Toni Jo Wehman |
| Filed by Court | **Case Caption:** Baca, Christopher v. United Parcel Service Inc | **Court Location:** Adams County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 02/12/2026 | N/A | N/A | Christopher Baca | Return of Service | Return of Service United Parcel Service, Inc served Summons, Complaint, CCCS to Shannon White, registered agent on 02/12/26 | Public |
| N/A (Details) | 02/11/2026 3:19 PM | Alana Percy | Adams County | N/A | Summons - Issued | Summons - Issued | Public |
| N/A (Details) | 02/11/2026 3:18 PM | N/A | N/A | Christopher Baca | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| N/A (Details) | 02/11/2026 3:18 PM | N/A | N/A | Christopher Baca | Complaint | Complaint | Public |
| N/A (Details) | 02/11/2026 3:17 PM | Kyle Seedorf | Adams County | N/A | Order | PTFS MIFP GRANTED | Public |
| N/A (Details) | 02/11/2026 3:16 PM | N/A | N/A | Christopher Baca | Motion to Proceed in Forma Pauperis | MOTION TO PROCEED WITHOUT PAYMENT OF FILLING FEES | Sealed |
| N/A | 02/11/2026 | N/A | N/A | N/A | Indigent Party | N/A | |

# Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Christopher Baca | Plaintiff | Active | N/A |
| United Parcel Service Inc | Defendant | Active | N/A |