# EXHIBIT B

Colorado Courts E-Filing

# Filing Information

## Filing ID Basic Information

**Case Number:**

2026CV000033

**Case Caption:**

Baca, Christopher v. United Parcel Service Inc

Adams County

**Court Location:**

Baca, Christopher v. United Parcel Service Inc

Adams County

**Filing Party(ies):**

Christopher Baca

**Filing Authorized By:**

N/A

**Filing Date:**

02/11/2026

## Document Information

Motion to Waive Fees (Proceed in Forma Pauperis)

**Document Title:**

MOTION TO PROCEED WITHOUT PAYMENT OF FILLING FEES

**Document Security:**

Sealed