# EXHIBIT C

| JDF 206 | Order re Court Fees | |
|---|---|---|
| **A. Court**<br>☐ District  ☐ County ☒ Probate ☐ Juvenile<br>ADAMS COUNTY JUSTICE CENTER<br>1100 JUDICIAL CENTER DRIVE<br>Colorado County: BRIGHTON, CO 80601<br>Mailing Address: _____ | DATE FILED<br>February 11, 2026 3:17 PM<br>CASE NUMBER: 2026CV33<br><br>*This box is for court use only.* | |
| **B. Parties to the Case**<br>Petitioner/Petitioner: _____<br>v.<br>Defendant/Respondent: _____ | **C. Case Details**<br>Number: 26CV033<br>Division: _____<br>Courtroom: _____ | |

## 1. Background

The Court has reviewed the *Motion to Waive Fees* filed by *(name)* _____

## 2. Findings and Orders

The Court finds that the Party is:

a) ☒ Indigent.

All Court fees and costs are waived, including:

- Filing Fees.
- Reasonable Copy Fees.
- Jury Fees.
- eFiling and eService Fees *(when available).*
- Fees for Forms and Instructions.

☐ If checked, also waive/provide: _____

These fees are waived for the duration of the case, or until final orders are issued if in a Domestic Relations case.

b) ☐ Not Indigent but allowed to pay in installments.

The filing fee of $_____ can be paid in: ☐ Two Payments.  ☐ Three Payments.

The first payment is due by *(date)* _____
The next payment is due by *(date)* _____
The final payment is due by *(date)* _____

If payment is not received according to the schedule above, the Court can dismiss the

party's claims, or the entire case, without further notice. C.J.D. 98-01 Section (VI).

c) ☐ Not Indigent.

The party is responsible for payment of any court fees and costs.

☐ If checked, the party must pay the filing fee of $_____ by (date) _____

3. **Findings Made by**

   Name: _Anayla U_____   On (date) _2-11-26_

   ☐ Judicial Officer   ☒ Court Staff

   **So Ordered**

   Signature: _____   Dated: _2-11-26_

   ☒ Judge   ☐ Magistrate

R: August 20, 2024                                                    Page 2 of 2