# EXHIBIT G

**DISTRICT COURT ADAMS COUNTY, COLORADO**
ADAMS COUNTY JUSTICE CENTER
1100 JUDICIAL CENTER DRVE
BRIGHTON, CO 80601

Plaintiff: **CHRISTOPHER BACA**

Defendant: **UNITED PARCEL SERVICE, INC**

FILED IN ADAMS COUNTY COMBINED COURT
FEB 12 2026

DATE FILED: February 12, 2026
CASE NUMBER: 2026CV33

CASE NUMBER: **26CV033**

## AFFIDAVIT OF SERVICE

I, **JAMES WOLCOTT,** being of lawful age, not a party to the aforementioned action, and first duly sworn, depose and state as follows that I served the following documents: **SUMMONS, COMPLAINT & DISTRICT COURT CIVIL CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND** on the Defendant in **ARAPAHOE COUNTY** on 12 FEBRUARY 2026 at 0832 AM MST at the following location: **UNITED PARCEL SERVICE, INC c/o REGISTERED AGENT, CORPORATION SERVICE COMPANY, 1900 W LITTLETON BLVD, LITTLETON, CO 80112.**

The DOCUMENTS were left with **RECEPTIONIST, SHANNON WHITE of CORPORATION SERVICE COMPANY,** the REGISTERED AGENT on behalf of the Defendant, as authorized by appointment or by law to receive Service of Process for the Defendant.

**PRIVATE PROCESS SERVER**
**COMPANY: PRIORITY PROCESS SERVE, LLC**
**7173 S HAVANA ST CENTENNIAL, CO 80112**
**FEE: $75.00   MILEAGE: $0**

### VERIFICATION

I declare under Penalty of Perjury under the law of **COLORADO** that the foregoing is true and correct.

PROCESS SERVER SIGNATURE: _/s/ James Wolcott_   Date 12 FEB 26

**NOTARY ACKNOWLEDGMENT**

JANA ELLIOTT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID# 20144026827
MY COMMISSION EXPIRES 01-30-2029

STATE OF COLORADO, COUNTY OF ARAPAHOE

Subscribed and affirmed before me on this 9th day of February, 2026, by **JAMES WOLCOTT**, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

NOTARY SIGNATURE: _/s/ Jana Elliott_   MY COMMISSION EXPIRES: 1-30-2029