# EXHIBIT H

Docusign Envelope ID: 2CE04074-9A82-43D8-9D9C-B1AA33B0CF18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

CHRISTOPHER BACA

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.

    Defendant.

---

**DECLARATION OF RYAN SWIFT IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT: DISTRICT COURT OF ADAMS COUNTY, COLORADO CASE NO. 2026CV000033**

---

## DECLARATION OF RYAN SWIFT

I, Ryan Swift, do hereby declare and state as follows:

  1. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review and knowledge of the business records and files of Defendant United Parcel Service, Inc. ("UPS") and could testify to the same if called as a witness in this matter.

  2. I am currently employed by UPS as an attorney and Assistant Secretary. In that role, I am familiar with the basic corporate structure for UPS.

  3. UPS is a corporation organized under the laws of the state of Ohio.

  4. UPS's principal place of business is in Atlanta, Georgia. UPS maintains its headquarters in Atlanta, Georgia, where it's executive, administrative, financial, and

4912-2288-3474

management functions are concentrated, and where the company's officers direct, control, and coordinate UPS's activities.

I declare under penalty of perjury under the laws of the United States of America and the State of Colorado that the foregoing is true and correct.

Executed this 27 day of February 2026 at Atlanta, Georgia.

s/ Ryan Swift
Ryan Swift
Assistant Secretary