**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00901-NYW-SBP

CHRISTOPHER BACA

        Plaintiff,

v.

UNITED PARCEL SERVICE, INC.

        Defendant.

---

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

---

The parties, by and through the undersigned, respectfully request that this Court enter an order limiting the disclosure and use of Confidential Information exchanged in connection with the above-captioned matter. In the proposed Protective Order attached hereto as Exhibit A, "Confidential Information" is defined to include "information that is confidential and implicates the privacy or business interests of the parties, including but not limited to: medical and personal financial information, private personnel information, trade secrets, and other proprietary business information."

The Court has authority to issue a protective order pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), on a showing of good cause, to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, which includes protecting the confidentiality of trade secret, confidential, or other proprietary information. Good cause exists for the entry of the proposed Protective Order because information that is subject to discovery in this action will contain Confidential Information

4939-1728-9383

that requires protection from public dissemination.

The parties therefore jointly move for the Court to enter the proposed Protective

Order

RESPECTFULLY SUBMITTED on May 1, 2026.

Dated: May 1, 2026

SNELL & WILMER L.L.P.

s/ *Christopher Baca* (with consent)
Christopher Baca
12294 Karls Lane,
Northglenn, CO 80241
Telephone: (720) 322-3778
Email: doctorpepper313@gmail.com
***Plaintiff Pro Se***

*s/Marcus A. Collins*
Marcus A. Collins
675 15th Street, Suite 2500
Denver, Colorado 80202
Facsimile:  (303) 634-2020
Telephone:  (303) 634-2151
E-mail:  mcollins@swlaw.com

Audrey E. Chastain
One S. Church Ave., Suite 1500
Tucson, Arizona 85701
Facsimile: (520) 884-1294
Telephone: (520) 882-1200
E-mail: achastain@swlaw.com

***Attorneys for Defendant United Parcel
Service, Inc.***

4939-1728-9383