# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00901-NYW-SBP

CHRISTOPHER BACA

        Plaintiff,

v.

UNITED PARCEL SERVICE, INC.

        Defendant.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
07/02/2026
**JEFFREY P. COLWELL, CLERK**

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff Christopher Baca, proceeding pro se, respectfully moves the Court for leave to file a response exceeding fifteen (15) pages, but not exceeding thirty (30) pages, to Defendant's Motion to Stay Discovery in Part (Doc. 45), and states:

1. Defendant filed its Motion to Stay Discovery in Part (Doc. 45) on July 1, 2026.

2. Plaintiff recalls that, at the June 26, 2026 Status Conference (Doc. 43), Plaintiff requested seven (7) days to respond if Defendant filed a motion to stay discovery. Plaintiff understands that the Court, exercising its authority and discretion, allowed Plaintiff ten (10) days to respond.

3. Plaintiff understands that the applicable rules and practice standards limit responses to non-summary-judgment motions to fifteen (15) pages absent leave of Court.

4. Plaintiff is not seeking any extension of time. Plaintiff seeks only leave to exceed the fifteen-page limitation and file a response not exceeding thirty (30) pages. The requested relief

will not prejudice either party because Plaintiff does not seek additional time, and Defendant does not oppose the requested relief.

5.    Plaintiff has drafted a substantive response and has already reached approximately fifteen (15) pages. Plaintiff does not believe fifteen (15) pages will be sufficient to fully and fairly respond to Defendant's Motion to Stay Discovery in Part.

6.    Good cause exists for the requested relief because Defendant's motion concerns whether discovery should proceed and, if so, how it should proceed, raises multiple issues requiring a meaningful response, and arises in a document-intensive employment case.

7.    Defendant's Motion to Stay Discovery in Part (Doc. 45), including its exhibits, totals 96 pages. The exhibits include both parties' Initial Discovery Protocol responses and Defendant also represents in its Motion to Stay Discovery in Part that it produced approximately 1,052 pages of documents to Plaintiff.

8.    Plaintiff does not seek leave to file unnecessary, redundant, or excessive material.

9.    Consistent with D.C.COLO.LCivR 7.1(i), Plaintiff seeks only sufficient space to present a clear and concise response, including enough space to articulate his reasons and position as to why discovery should continue while Defendant's Partial Motion to Dismiss First Amended Complaint (Doc. 26) remains pending.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion and allow Plaintiff to file a response exceeding fifteen (15) pages, but not exceeding thirty (30) pages, to Defendant's Motion to Stay Discovery in Part (Doc. 45).

Respectfully submitted,

Dated: July 2, 2026

s/ Christopher Baca

_____

Christopher Baca

12294 Karls Ln

Northglenn CO 80241

720-322-3778

Doctorpepper313@gmail.com

Plaintiff, pro se

## <u>CERTIFICATION RE: USE OF GENERATIVE ARTIFICIAL INTELLIGENCE ("AI")</u>

## <u>FOR DRAFTING</u>

I, Christopher Baca, certify that generative artificial intelligence was used to assist in

drafting this filing. I have personally reviewed this document for accuracy, and all factual

statements are true and correct to the best of my knowledge.


s/ Christopher Baca

Christopher Baca
12294 Karls Ln
Northglenn CO 80241
720-322-3778
Doctorpepper313@gmail.com
Plaintiff, pro se

## CERTIFICATION OF CONFERRAL

Plaintiff certifies that, pursuant to D.C.COLO.LCivR 7.1(a), Plaintiff conferred with counsel for Defendant UPS regarding the grounds for this Motion via email on July 2, 2026. Following conferral, Defendant advised that it does not oppose Plaintiff's request for leave to exceed the applicable page limitation.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2026, I served a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES** via email to the following counsel of record for Defendant:

Audrey Chastain and Marcus Collins of SNELL & WILMER

achastain@swlaw.com

mcollins@swlaw.com

s/ Christopher Baca

Christopher Baca
12294 Karls Ln
Northglenn CO 80241
720-322-3778
Doctorpepper313@gmail.com
Plaintiff, pro se