# EXHIBIT A

| | |
|---|---|
| **District Court, Adams County, State of Colorado**<br>Court Address: Adams County Justice Center<br>1100 Judicial Center Drive<br>Brighton, CO 80601<br>Phone Number: 303-654-3227 / 303-654-3562 | **COURT USE ONLY** |
| **In the Matter of the Estate of:**<br><br>CHRISTOPHER ALAN BACA A/K/A CHRIS BACA<br><br>**Deceased** | Case Number:<br><br>2026 PR 489<br><br>Division: PR |

DATE FILED<br>November 10, 2026 1:34 PM<br>CASE NUMBER: 2026PR489

## ORDER FOR INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE

Upon consideration of the Application for Informal Appointment of Personal Representative filed by Joni Baca on November 10, 2026,

**THE REGISTRAR FINDS, DETERMINES AND ORDERS:**

1. The applicant is an interested person and has filed a complete and verified application.
2. The decedent died on October 28, 2026 and 120 hours have elapsed since the decedent's death. If the decedent was not a resident of Colorado, 30 days have elapsed since the decedent's death, or the personal representative appointed at the decedent's domicile or residence is the applicant. (§ 15-12-307, C.R.S.)
3. The decedent was domiciled or resided in the City of Northglenn, County of Adams, State of Colorado.
4. Venue is proper in this county.
5. The application was filed within the time period permitted by law.
6. The decedent did not leave a will.
7. The following person is qualified to serve and is appointed as personal representative:

   Name: Joni Baca The Nominee is 21 years of age or older.

   Street Address: 4757 Whitehall Lane City: Highlands Ranch State: CO Zip Code: 80126

   Primary Phone: 720.840.5005 Alternate Phone: 303.346.7040 Email Address: mejoni@comcast.net

8. Appointment is made without bond in unsupervised administration.
9. Letters of Administration will be issued.

COMBINED COURT ADAMS COUNTY SEAL COLORADO

Date: November 10, 2026

☐ Judge ☐ Magistrate ☒ Registrar