**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00901-NYW-SBP

CHRISTOPHER BACA

Plaintiff,

v.

UNITED PARCEL SERVICE, INC.

Defendant.

---

**ORDER GRANTING DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION TO STAY PROCEEDINGS PENDING SUBSTITUTION OF PARTY PURSUANT TO Fed. R. Civ. P. 25(a)**

---

This matter comes before the Court on Defendant United Parcel Service, Inc.'s Motion to Stay Proceedings Pending Substitution of Party Pursuant to Fed. R. Civ. P. 25(a) (the "Motion"). The Court, having reviewed the Motion and being fully advised, finds good cause and ORDERS as follows:

The Motion is GRANTED. All proceedings and deadlines in this matter are STAYED pending substitution of a proper party for Plaintiff or expiration of the ninety (90) day substitution period under Fed. R. Civ. P. 25(a)(1), whichever occurs first. The stay does not preclude filings or proceedings related to substitution.

DATED this ____ day of ______________, 2026.

BY THE COURT:

______________________________

Susan Prose

United States Magistrate Judge



4903-2811-5428